

**Littler Mendelson P.C.**
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

January 26, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   **Request to Set Responsive Pleading Deadline; Adjourn Initial Pretrial Conference**
_Alliant Insurance Services, Inc., et al. v. Resilience Insurance Advisory Corp., et al._
**Civil Action No. 23-cv-09277**

Dear Judge Garnett:

This Firm represents Resilience Insurance Advisory Corp. and Emily Rasmussen (collectively, "Defendants") in the above-referenced matter. We write to respectfully request: (1) that the Court set a deadline of February 27, 2026 for Defendants to file their responsive pleading to the First Amended Complaint; and (2) that the Court adjourn the February 5, 2026 in-person Initial Pretrial Conference given the unavailability of counsel.

### Defendants' Responsive Pleading Deadline

On October 14, 2025, the Court entered an Order providing that "Defendants' deadline to answer the remaining allegations in the Complaint at Dkt. No. 36 is STAYED pending the Court's decision on Plaintiff's motion for leave to amend." [Dkt. No. 59]. On January 13, 2026, the Court entered an Order denying Defendants' motion for leave to amend the Complaint, and ordered the parties to appear for an Initial Pretrial Conference on February 5, 2026. [Dkt. No. 69]. The Order did not address Defendants' deadline to file a responsive pleading to the First Amended Complaint. _See id._

Accordingly, Defendants respectfully request that the Court set a deadline of February 27, 2026 for Defendants to file a responsive pleading to the First Amended Complaint. Plaintiffs do not oppose this request.

### Adjournment of February 5, 2026 Conference

The Court scheduled an in-person Initial Pretrial Conference for Thursday, February 5, 2026, and set a deadline of January 29, 2026 for the parties to submit a proposed Civil Case Management Plan and Scheduling Order. ECF No. 69. Defendants' counsel, unfortunately, is

littler.com

Honorable Margaret M. Garnett, U.S.D.J.
January 26, 2026
Page 2

not available on February 5, 2026, and is already scheduled to be in an all-day Court-ordered mediation on that same date in another matter. The parties met and conferred, and counsel for all parties are available for a conference on February 17-19, 2026 or February 25, 2026. Plaintiffs' counsel does not oppose this request for adjournment. This is Defendants' first request for adjournment of the February 5 Initial Pretrial Conference. Accordingly, we respectfully request an adjournment of the Initial Pretrial Conference to one of these alternative dates, and that the deadline for the parties to submit their proposed Civil Case Management Plan and Scheduling Order similarly be extended to seven (7) days before the rescheduled conference.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Jessica F. Pizzutelli

Jessica F. Pizzutelli

cc:    All Counsel of Record (via ECF)

GRANTED. Defendants shall file a responsive pleading to the First Amended Complaint by **February 27, 2026**.

Additionally, the conference scheduled for February 5, 2026 is ADJOURNED until **February 19, 2026** at **9:30 A.M.** The deadline for the parties' joint pre-conference submissions is likewise EXTENDED until **February 12, 2026**.

SO ORDERED. Dated January 29, 2026.

HON. MARGARET M. GARNET
UNITED STATES DISTRICT JUDGE